*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LEBLANC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No.  EDCV 12-1970-GW(OPx)<br><br>**ORDER TO DISMISS** |

   Based upon the Notice of Voluntary Dismissal, filed on January 7, 2013, it is hereby ORDERED that this action is hereby dismissed in its entirety.

   IT IS SO ORDERED.

Dated: January 9, 2013         BY THE COURT

                                                            _____
                                                            HONORABLE GEORGE H. WU
                                                            UNITED STATES DISTRICT COURT